Jesse Earl Davenport #71132-097
Name and Prisoner Number/Alien Registration Number

United States Penitentiary Tucson
Place of Confinement

P.O. Box No 24550
Mailing Address

Tucson, AZ  85734-4550
City, State, Zip Code

FILED ___ LODGED
RECEIVED ___ COPY

SEP 20 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jesse Earl Davenport
(Full Name of Petitioner)

Petitioner,

vs.

J.T. Shartle, Warden, et al.
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Respondent.

CASE NO. CV17-0466 TUCDCB LAB
(To be supplied by the Clerk)

PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY

## PETITION

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☒ Other (explain): Conditions of confinement (openning of legal mail outside the presence of Petitioner).

2. (a) Name and location of the agency or court that made the decision you are challenging: Federal Bureau of Prisons, USP Tucson.

   (b) Case or opinion number: 905015-A1

   (c) Decision made by the agency or court: Rejected due to alleged "insolent language"

Revised 3/9/07                                    1                                              530

    (d) Date of the decision: <u>August 21, 2017</u>

3. Did you appeal the decision to a higher agency or court?   Yes ☐   No ☒

    If yes, answer the following:

    (a) First appeal:

        (1) Name of the agency or court: _____

        (2) Date you filed: _____

        (3) Opinion or case number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (b) Second appeal:

        (1) Name of the agency or court: _____

        (2) Date you filed: _____

        (3) Opinion or case number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (c) Third appeal:

        (1) Name of the agency or court: _____

        (2) Date you filed: _____

 (3) Opinion or case number: _____

 (4) Result: _____

 (5) Date of result: _____

 (6) Issues raised: _____

_____

_____

 **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.  If you did not appeal the decision to a higher agency or court, explain why you did not: There is no legal basis for appeal during the administrative remedy process. _____

_____

_____

5.  Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?   Yes ☐   No ☒

 If yes, answer the following:

 (a) Name of the agency or court: _____

 (b) Date you filed: _____

 (c) Opinion or case number: _____

 (d) Result: _____

 (e) Date of result: _____

 (f) Issues raised: _____

_____

_____

 **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.  For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

 **CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE**: Violation of Attorney/Client privilege by way of openning confidential correspondence under the color of BOP policy

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): Several times throughout Petitioner's time in the custody of the BOP his letters--sent by his court appointed counsel--have been opened outside presence by staffers at USP Tucson. When confronted, the staff claim that the mail was searchable because the envelope lacks the attorney's name, and that regulations require the name of the individual attorney. In support of their hypothesis, the staff provided Petitioner with a copy of institutional regulation TCX 5265.14C which requires that the sender be "adequately indentif[ied]". The return address on the mail in question is:

    Office of the Federal Defender
    Eastern District of California
    801 "I" Street, 3rd floor
    Sacramento, CA 95814

(b) Did you exhaust all available administrative remedies relating to Ground One?    Yes ☒  No ☐

(c) If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☒ Other: Institution, BOP Regional Office, BOP Central Office

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

**Please answer these additional questions about this petition:**

7. Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☐   No ☒
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a) Have you filed a motion under 28 U.S.C. § 2255?   Yes ☐   No ☐

   If yes, answer the following:

   (1) Name of court: _____

   (2) Case number: _____

   (3) Opinion or case number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____
   _____
   _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b) Explain why the remedy under § 2255 is inadequate or ineffective: _____
   _____
   _____
   _____

8. If this case concerns immigration removal proceedings, answer the following:

   (a) Date you were taken into immigration custody: _____

   (b) Date of removal or reinstatement order: _____

   (c) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

   (1) Date you filed: _____

   (2) Case number: _____

8

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d) Did you file an appeal with the federal court of appeals?    Yes ☐    No ☐

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9. Petitioner asks that the Court grant the following relief: <u>Petitioner respectfully requests that this Court issue a permanent injunction enjoining Institution staff from opening Petitioner's legal mail on the frivolous basis that the return address does not contain the name of the individual attoreny.</u>

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____9/14/17_____ (month, day, year).

_____
Signature of Petitioner, /s/ Pro se

_____    _____
Signature of attorney, if any              Date