Jesse Earl Davenport  71132-097
Name and Prisoner/Booking Number

United States Penitentiary Tucson
Place of Confinement

P.O. Box No 24550
Mailing Address

Tucson, AZ 85734-4550
City, State, Zip Code

```
         FILED ____   ____ LODGED
         RECEIVED ____ ____ COPY

              SEP 2 0 2017

         CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

JESSE EARL DAVENPORT
    Petitioner,

vs.

J. T. SHARTLE, Warden, et al.
    Respondent(s).

CASE NO. CV 17-0466 TUC DCB LAB

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
(HABEAS)

I, Jesse Davenport, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief:

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?  ☒Yes  ☐No
   If "Yes," state the amount of your pay and where you work. I currently earn .12¢ per hour and am employed with the USP Yard cleanup/Trash detail. My last monthly payment amounted to $8.28.

2. Do you receive any other payments from the institution where you are confined?  ☐Yes  ☒No
   If "Yes," state the source and amount of the payments. _____

98-ifphab
Revised 6/98

1

3. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐ Yes   ☒ No
If "Yes," state the sources and amounts of the income, savings, or assets. _____
_____
_____

I declare under penalty of perjury that the above information is true and correct.

September 13, 2017
DATE

_____
SIGNATURE OF APPLICANT

---

CERTIFICATE OF CORRECTIONAL OFFICIAL
AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, __S. Brown__, certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is: $ 0.73 _____

September 13, 2017    S. Brown    CCC    USP Tucson
DATE    AUTHORIZED SIGNATURE    TITLE/ID NUMBER    INSTITUTION

2