# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse Earl Davenport,<br><br>　　　　Petitioner,<br><br>v.<br><br>Warden JT Shartle, et al.,<br><br>　　　　Respondents. | NO. CV-17-00466-TUC-DCB(LAB)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 28, 2017, Petitioner's Petition Under 28 USC § 2241 and this case are dismissed. This case is closed.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 28, 2017

　　　　　　　　　　　　　　　　　s/ B Cortez
　　　　　　　　　　　　　　By　  Deputy Clerk